UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

PETER J. ONEZINE           CIVIL ACTION NO. 6:14-cv-2692

VS.           SECTION P

          JUDGE DONALD E. WALTER

WARDEN, LAFAYETTE PARISH
CORRECTIONAL CENTER           MAGISTRATE JUDGE PATRICK J. HANNA

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that this petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. §2241 be **DISMISSED**.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 5 day of January, 2015.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE